IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JONATHAN McCORD,
and others similarly situated,

                Plaintiff,                              ORDER

      v.                            09-cv-227-bbc

Warden, BRADLEY HOMPE, official capacity;
Program Director, CHERYL WEBSTER, official capacity;
STEVE MOHR;[1]

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Jonathan McCord, a prisoner at the Stanley Correctional Institution in Stanley, Wisconsin, filed this case originally in the Circuit Court for Chippewa County, Wisconsin. On April 16, 2009, defendants Bradley Hompe, Cheryl Webster and Steve Mohr removed the action to this court and paid the $350 filing fee. However, because plaintiff is a prisoner, he is subject to the 1996 Prison Litigation Reform Act. Under the act, a plaintiff cannot proceed with this action unless the court grants him permission to proceed

---

[1] I have amended the caption to replace Ms. Webster with the name Cheryl Webster and Chapel Department/John Doe with the name Steve Mohr as identified in the notice of removal.

1

after screening his complaint pursuant to 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. The parties will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, he should be sure to write the case number shown above on his communication.

Entered this 23rd day of April, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge